## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

CITIZENS AGAINST dONALD TRUMP, INC.,

    **Plaintiff (s),**

v.

DONALD J. TRUMP, et al.,

    **Defendant(s).**

Case No. 4:25-CV-311

## NOTICE OF INTENT TO USE PROCESS SERVER

**Comes now** _Plaintiff_ **and notifies the court of the intent to use**
**(Plaintiff or Defendant)**

A.A.A. Process Service, Inc.; Robert A. Anderson, Brianna R. Anderson, Cody R. Anderson

**(name and address of process server)**

942 Foster Ct

Pevely, MO 63070

**To serve:** Sayler A. Fleming, United States Attorney for the Eastern District of Missouri — 111 S 10th St Fl 20, St. Louis, MO 63102 **in the**

**(name of defendants to be served by this process server)**

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

03/13/2025                                         s/James W. Schottel, Jr.

**(date)**                                         **(attorney for Plaintiff)**

 

**(attorney for Defendant)**