## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

CITIZENS AGAINST dONALD TRUMP, INC.,

    **Plaintiff(s),**

**v.**    **Case No.** 4:25-CV-311

DONALD J. TRUMP, et al.,

    **Defendant(s).**

## NOTICE OF INTENT TO USE PROCESS SERVER

**Comes now** _Plaintiff_ **and notifies the court of the intent to use**

**(Plaintiff or Defendant)**

Capitol Process Services, Inc.

**(name and address of process server)**

7500 Greenway Center Dr Ste 420

Greenbelt, MD 20770

**To serve:** Office of Management and Budget    725 17th St., NW Washington, DC 20503
Serve: Director, Russell Vought

**in the**

**(name of defendants to be served by this process server)**

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

03/13/2025                                       s/James W. Schottel, Jr.

**(date)**                                       **(attorney for Plaintiff)**

 

**(attorney for Defendant)**