## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

CITIZENS AGAINST dONALD TRUMP, INC.,  )
    **Plaintiff(s),** )
    )
**v.** ) **Case No.** 4:25-CV-311
    )
DONALD J. TRUMP, et al., )
    **Defendant(s).** )

## NOTICE OF INTENT TO USE PROCESS SERVER

**Comes now** _Plaintiff_ **and notifies the court of the intent to use**
**(Plaintiff or Defendant)**

Capitol Process Services, Inc.

**(name and address of process server)**

7500 Greenway Center Dr Ste 420

Greenbelt, MD 20770

**To serve:** Pamela Bondi, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 **in the**

**(name of defendants to be served by this process server)**

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

03/13/2025                          s/James W. Schottel, Jr.

**(date)**                                **(attorney for Plaintiff)**

                                                                    **(attorney for Defendant)**