**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CITIZENS AGAINST dONALD TRUMP, )<br>INC. d/b/a CITIZENS AGAINST dONALD )<br>FOR DEMOCRACY,                                       )<br>                                                                  )<br>        Plaintiff,                                              )<br>                                                                  )<br>vs.                                                             )           Case No. 4:25-CV-311 SRC<br>                                                                  )<br>DONALD J. TRUMP, et al.,                        )<br>                                                                  )<br>        Defendants.                                       ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSE**
**TO DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump for Democracy, by and through their attorneys, and for their Motion for Extension of Time to File Response to Defendants' Motion to Dismiss Plaintiffs' Complaint and states to this Honorable Court as follows:

1. Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Complaint is due today, May 30, 2025.

2. Defendants' Memorandum in Support of their Motion to Dismiss is 35 pages in length.

3. Plaintiff respectfully requests an additional fourteen (14) days to file their Response to Defendants' Motion to Dismiss Plaintiff's Complaint by June 13, 2025.

4. Defendants, through counsel, consent to this request.

5. Pursuant to this Court's Requirements, a proposed order is attached hereto.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this Honorable Court to grant their Motion for Extension of Time to File Response to Defendants' Motion to Dismiss Plaintiff's Complaint and for such other relief as this Honorable Court deems just and proper under the circumstances.

        Respectfully submitted,

        SCHOTTEL & ASSOCIATES, P.C.

        BY: s/*James W. Schottel, Jr.*
            James W. Schottel, Jr.   #51285MO
            906 Olive St., PH
            St. Louis, MO 63101
            (314) 421-0350
            (314) 421-4060 facsimile
            jwsj@schotteljustice.com

            Attorney for Plaintiff
            Citizens Against donald Trump, Inc. d/b/a
            Citizens Against donald Trump for Democracy

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

        Samuel S. Holt
        samuel.holt2@usdoj.gov

        Bradley P. Humphreys
        bradley.humphreys@usdoj.gov

        Attorneys for Defendants

        s/*James W. Schottel, Jr.*