## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CITIZENS AGAINST dONALD TRUMP, INC. d/b/a CITIZENS AGAINST dONALD FOR DEMOCRACY,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 4:25-CV-311 SRC |

### PLAINTIFF'S SUPPLEMENTAL MEMORANDUM
### TO SECOND MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE
### TO DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump for Democracy, by and through their attorneys, and for their Supplemental Memorandum to Second Motion for Extension of Time to File Response to Defendants' Motion to Dismiss Plaintiff's Complaint (the "Motion") and states to this Honorable Court that, since filing the Motion, counsel for Defendants have reached out to Counsel for Plaintiff and stated that they consent to the relief requested in Plaintiff's Motion.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
 James W. Schottel, Jr.   #51285MO
 906 Olive St., PH
 St. Louis, MO 63101
 (314) 421-0350
 (314) 421-4060 facsimile
 jwsj@schotteljustice.com

 Attorney for Plaintiff
 Citizens Against donald Trump, Inc. d/b/a
 Citizens Against donald Trump for Democracy

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

 Samuel S. Holt
 samuel.holt2@usdoj.gov

 Bradley P. Humphreys
 bradley.humphreys@usdoj.gov

 Attorneys for Defendants


 s/*James W. Schottel, Jr.*

2