UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITIZENS AGAINST DONALD TRUMP, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:25-cv-00311-SRC |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**Order**

      Plaintiff—"Citizens Against donald Trump, Inc."—filed this case in March 2025. Doc. 1 at 2 (The Court cites to page numbers as assigned by CM/ECF.). In May 2025, Defendants filed their motion to dismiss and memorandum of law in support. Docs. 30, 30-1. After seeking and receiving *three* extensions of time—totaling an additional 38 days to respond to the Defendants' motion to dismiss, *see* docs. 31–32, 33–38—Plaintiff filed a motion to deny Defendants' motion to dismiss, doc. 39, and a memorandum in support, doc. 40. The next day, Plaintiff filed a motion for leave to file as an attachment a proposed order in conjunction with its earlier-filed motion and memorandum. Doc. 41. And the day after, Plaintiff filed a consent motion, seeking leave to file out of time (i) an additional motion and memorandum under Federal Rule of Civil Procedure 12(d) and (ii) Plaintiff's memorandum in opposition to Defendants' motion to dismiss. Doc. 42 at ¶¶ 11–12.

      The Court issues this order to clarify the record going forward. As for Plaintiff's consent motion for leave, doc. 42, the Court grants it. As for Plaintiff's motion for leave to file as an attachment a proposed order in conjunction with its earlier-filed motion and memorandum,

doc. 41, the Court denies it without prejudice.  The Court does not require parties to submit proposed orders and, moreover, Plaintiff's proposed orders provide no analysis to aid the Court's review of Plaintiff's corresponding motion and memorandum.  *See* doc. 41-1 at 1; doc. 41-2 at 1.  Thus, the Court need not grant leave.

Accordingly, the Court grants Plaintiff's [42] Consent Motion for Leave to File Out of Time and for Extension of Time.  The Court also denies without prejudice Plaintiff's [41] Motion for Leave.

So ordered this 11th day of July 2025.

/s/ SLR. CR
_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE