UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CITIZENS AGAINST DONALD TRUMP, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:25-cv-00311-SRC |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>Show-Cause Order</u>

After seeking and receiving three extensions of time to respond to Defendants' pending

motion to dismiss, *see* docs. 31–38, Plaintiff sought the Court's leave to, no later than

July 14, 2025, file out of time (i) its memorandum in opposition to Defendants' motion and

(ii) an additional motion and memorandum under Federal Rule of Civil Procedure 12(d).

Doc. 42 at ¶¶ 11–13.  Defendants consented to Plaintiffs' motion, *id.* at ¶ 15, and the Court

granted it, doc. 43.  Plaintiff's July 14 deadline, however, came and went without Plaintiff filing

anything with the Court.

Federal district courts have the "inherent authority to manage their dockets and

courtrooms with a view toward the efficient and expedient resolution of cases."  *Dietz v. Bouldin*,

579 U.S. 40, 47 (2016).  "The authority of a court to dismiss sua sponte for lack of prosecution

has generally been considered an inherent power, governed not by rule or statute but by the

control necessarily vested in courts to manage their own affairs so as to achieve the orderly and

expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962);

*see Widtfeldt v. Daugherty*, 587 F. App'x 992, 992 (8th Cir. 2014).

Accordingly, the Court orders Plaintiff to, no later than July 29, 2025, show cause—i.e., explain—(i) why Plaintiff has not filed either of the documents referenced as forthcoming in its motion for leave, doc. 42 at ¶¶ 11–12; (ii) why the Court should not dismiss this case without prejudice for failure to prosecute; *and* (iii) why the Court should not summarily grant Defendants' pending motion to dismiss, doc. 30.  Plaintiff's failure to comply with any part of this show-cause order may result in the Court dismissing this case without prejudice.

So ordered this 24th day of July 2025.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE