**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CITIZENS AGAINST dONALD TRUMP, INC. d/b/a CITIZENS AGAINST dONALD FOR DEMOCRACY, )))) | |
| Plaintiff, )) | |
| vs. ) | Case No. 4:25-CV-311 SRC |
| DONALD J. TRUMP, et al., ))) | |
| Defendant. ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump for Democracy (hereinafter "Plaintiff CAT"), by and through their attorneys, and for their response to order to show cause and states as follows:

1. The document due to be filed on July 14, 2025, were prepared to be filed.

2. On June 18, 2025, at counsel's residence and needed to be replaced and would take 3-4 weeks.

3. On July 14, 2025, counsel suffered from heat exhaustion and was on bed-rest, drinking plenty of fluids and extremely weak.

4. Counsel is still gaining strength each day.

5. It's an unfortunate injury that can happen to anyone.

6. Having responded, Plaintiff respectfully requests this Court take these circumstances under consideration.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
James W. Schottel, Jr.   #51285MO
906 Olive St., PH
St. Louis, MO 63101
(314) 421-0350
(314) 421-4060 facsimile
jwsj@schotteljustice.com

Attorney for Plaintiff
Citizens Against donald Trump, Inc. d/b/a
Citizens Against donald Trump for Democracy

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 29, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Samuel S. Holt
samuel.holt2@usdoj.gov

Bradley P. Humphreys
bradley.humphreys@usdoj.gov

Attorneys for Defendants

s/*James W. Schottel, Jr.*