UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITIZENS AGAINST dONALD TRUMP, INC. d/b/a CITIZENS AGAINST dONALD FOR DEMOCRACY,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:25-CV-311 SRC<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump for Democracy (hereinafter "Plaintiff CAT"), by and through their attorneys, and for their Motion for Leave to File Supplemental Response ("Response") to Order to Show Cause (OSC) and states to this Honorable court the following:

1. Yesterday evening, July 29, 2025, Plaintiff filed their Response to the OSC. (*See* Doc. 46)

2. Upon reading Plaintiff's Response to this morning, it is clear that Doc. 46, was not the final version of Plaintiff's Response.

3. While the filed version of Plaintiff's Response is not a model of clarity, it also does not address all of the points made in this Court's OSC.

4. More addressed in the Supplemental Response the undersigned has been suffering from heat dehydration due to his spinal cord injury; this is a rare occasion for the undersigned, however, the undersigned's A/C unit needed a part whereas the cost of the part was approximately 1/3 of the cost of a new unit.

5. To make matters worse, over a 2 to 3 week, the A/C unit and the undersigned's office building was also not working properly.

6. As the undersigned has many civil and criminal clients depending on his work, the undersigned had to choose between a hot working condition and a hot working condition; both of which has weakened the undersigned considerably.

7. Lastly, in support of Plaintiff's Response, Plaintiff has documentation to support to this Court in its Supplemental filing.

WHEREFORE, for the foregoing reasons and those reasons, Plaintiff respectfully requests Hon. Court to grant Plaintiff's Motion for Leave to File Supplemental Response to Order to Show Cause and for such other relief as this Honorable Court deems just and proper under the circumstances.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
    James W. Schottel, Jr.   #51285MO
    906 Olive St., PH
    St. Louis, MO 63101
    (314) 421-0350
    (314) 421-4060 facsimile
    jwsj@schotteljustice.com

    Attorney for Plaintiff
    Citizens Against donald Trump, Inc. d/b/a
    Citizens Against donald Trump for Democracy

## **CERTIFICATE OF SERVICE**

 I hereby certify that on <u>July 30, 2025</u>, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

    Samuel S. Holt
    samuel.holt2@usdoj.gov

    Bradley P. Humphreys
    bradley.humphreys@usdoj.gov

    Attorneys for Defendants


    <u>s/*James W. Schottel, Jr.*          </u>