UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITIZENS AGAINST DONALD TRUMP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 4:25-cv-00311-SRC |

## Show-Cause Order

Defendants filed a motion to dismiss Plaintiff's complaint on May 16, 2025. Doc. 30. That triggered a deadline of May 30 for Plaintiff to file any response in opposition. *See* E.D.Mo. L.R. 4.01(B). Plaintiff sought and received *four* extensions of time to file its response. *See* docs. 31–38, 42–43. After the third extension request, Plaintiff filed a countermotion and memorandum in support. Docs. 39–40. Plaintiff's fourth (and most-recent) request for additional time assured the Court that Plaintiff would file, no later than July 14, its response to Defendant's motion and a separate motion and memorandum in support. Doc. 42 at ¶¶ 11–13. Plaintiff's counsel also has described various personal ailments and struggles throughout Plaintiff's motions requesting extensions of time. *See* doc. 33 at ¶ 3; doc. 42 at ¶¶ 2–9.

On July 24, ten days after Plaintiff's already-extended deadline to file a response, the Court issued its first show-cause order, requiring Plaintiff

> to, no later than July 29, 2025, show cause . . . (i) why Plaintiff has not filed either of the documents referenced as forthcoming in its motion for leave; (ii) why the Court should not dismiss this case without prejudice for failure to prosecute; and (iii) why the Court should not summarily grant Defendants' pending motion to dismiss.

Doc. 45 at 2 (citation modified) (The Court cites to page numbers as assigned by CM/ECF.).

On July 29, Plaintiff filed a near-barren response to the order and again recited personal struggles. *See* doc. 46 at ¶¶ 2–5. The next day, Plaintiff moved the Court for leave to supplement that response. Doc. 47 at 2. In that motion, Plaintiff's counsel detailed similar personal struggles and referenced his criminal and civil caseload. *See id.* at ¶¶ 4–6. Notably, in both filings, Plaintiff neither requested a specific amount of additional time needed to get its response and additional motion filed nor indicated when (or if) the Court could expect Plaintiff to file those documents.

Accordingly, the Court orders that Plaintiff must, no later than August 15, 2025, show cause—i.e., explain—why the Court should not summarily grant Defendants' motion to dismiss and dismiss this case. Plaintiff's failure to comply with any part of this show-cause order may result in the Court dismissing this case without prejudice.

So ordered this 8th day of August 2025.

_SL R. Cl_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE