IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CITIZENS AGAINST DONALD TRUMP,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Case No. 4:25-cv-00311-SRC |

**DEFENDANTS' MOTION TO WITHDRAW APPEARANCE
OF BRADLEY P. HUMPHREYS**

Defendants respectfully move to withdraw the appearance of Bradley P. Humphreys as counsel for Defendants in the above-captioned case. Mr. Humphreys is leaving the Department of Justice on August 29, 2025. Mr. Humphreys will no longer be associated with this case. Samuel S. Holt previously entered an appearance and remains as counsel for Defendants

Dated: August 15, 2025                Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
988057(DC)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0878
Fax: (202) 616-8460

bradley.humphreys@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on August 15, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

                                               */s/ Bradley P. Humphreys*
                                               BRADLEY P. HUMPHREYS